514 A.2d 1373

**Patricia A. BEHARRY, individually and as a Candidate for re-election as County Controller, and Committee for Courthouse Reform, by Patricia A. Beharry and Peter M. Suwak, Trustees ad Litem, Appellants,**

v.

**ELECTION BOARD OF WASHINGTON COUNTY, Pennsylvania.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1986.

Decided Oct. 1, 1986.

Patricia A. Beharry, pro se.

Peter M. Suwak, Washington, pro se.

George Retos, Jr., Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, MCDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal quashed for lack of jurisdiction.